IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-001357-AP

Carrie A. Whatley,
        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
        Defendant.

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
James E. Freemyer
1575 Race Street
Denver, Colorado 80206
303-861-0868
jamesfreemyer@msn.com

For Defendant:
John F. Walsh
United States Attorney

Kevin T. Traskos
Civil Chief
Assistant United States Attorney
District of Colorado

William G. Pharo
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street,
Denver, Colorado 80202
(303) 844-0815
Stephanie.kiley@ssa.gov

2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.  DATES OF FILING OF RELEVANT PLEADINGS

    A.  Date Complaint was filed:                                May 23, 2011
    B.  Date Complaint was served on U.S. Attorney's Office:     May 26, 2011
    C.  Date Answer and Administrative Record were filed:        July 25, 2011

4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

    The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

    Neither party intends to submit additional evidence.

6.  STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

    The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

7.  OTHER MATTERS

    The parties have no other matters to bring to the attention of the Court.

8.  BRIEFING SCHEDULE

    The parties respectfully request the following briefing schedule:

    A.  Plaintiff's opening brief due              September 16, 2011
    B.  Defendant's response brief due             October 17, 2011
    C.  Plaintiff's reply brief (if any) due       November 1, 2011

9.  STATEMENTS REGARDING ORAL ARGUMENT

    A.  Plaintiff does not request oral argument.
    B.  Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 10th day of August, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ James E. Freemyer<br>James E. Freemyer<br>James E. Freemyer, P.C.<br>1575 Race Street<br>Denver., Colorado 80206<br>Telephone:   (303) 861-0868<br>FAX: (303) 860-1343<br>E-mail: Jamesfreemyer@msn.com<br>Attorney for Plaintiff Carrie A. Whatley | JOHN F. WALSH<br>United States Attorney<br><br>KEVIN T. TRASKOS<br>Civil Chief<br>Assistant United States Attorney<br>District of Colorado<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br><br>s/Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, Colorado 80202<br>(303) 844-0815<br>Stephanie.kiley@ssa.gov |